# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Victor Renato Blythe<br>DOB: XXXXXX<br>*Defendant(s)* | Case: 1:25-mj-00136<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 8/12/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 8, 2019__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*           *Offense Description*

18 U.S.C. § 2252(a)(2)(b)(1) (Distribution of Child Pornography),
18 U.S.C. § 2252(a)(4)(b)(2) (Possession of Child Pornography).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Blake Frohnapfel, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/12/2025

*Judge's signature*

City and state: Washington, D.C.    Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*