UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VICTOR RENATO BLYTHE )<br>)<br>                *Defendant.* )<br>_____ ) | Case: 1:25-mj-00136<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 8/12/2025<br>Description: COMPLAINT W/ARREST WARRANT |

### **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

      I, Blake E. Frohnapfel, being first duly sworn, hereby depose and state as follows:

### **INTRODUCTION**

    1.    I submit this affidavit in support of a criminal complaint charging VICTOR RENATO BLYTHE with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4) and (b)(2). Specifically, on or about November 8, 2019, VICTOR RENATO BLYTHE (hereinafter "BLYTHE") knowingly distributed child pornography and on August 12, 2025, BLYTHE possessed child pornography.

    2.    Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

    3.    Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

## **AFFIANT BACKGROUND**

4. I am a special agent with the Federal Bureau of Investigation, and I have been so employed since 2021. I am currently assigned to the Washington Field Office (WFO) Child Exploitation and Human Trafficking Task Force (CEHTTF) and investigate violations involving child pornography, the sexual exploitation of children and related offenses. I have training and experience in the enforcement of the laws of the United States, including the preparation and presentation of search warrant affidavits and in conducting search warrants. I have had both training and experience in the investigation of crimes involving electronic media and have worked with other FBI agents who have such experience, and who have provided me with additional information about such crimes. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) and (b)(1) (Distribution of Child Pornography) and 18 U.S.C. § 2252(a)(4) and (b)(2) (Possession of Child Pornography) (hereafter, the "TARGET OFFENSE") have been committed by BLYTHE and others known and unknown.

## **PROBABLE CAUSE**

7.      C.D.[1] is the subject of a Fairfax County Police Department ("FCPD") investigation related to alleged sexual abuse of potentially four minor victims.  FCPD executed search warrants for C.D.'s residence and office, during which FCPD seized and searched C.D.'s cellular telephone.

8.      The search of C.D.'s cellular telephone resulted in the identification of text messages between C.D. and telephone number 202-276-XXXX, who was identified in C.D.'s cellular telephone as "Victor Blythe," the SUBJECT.

*Text Messages*

9.      Between August 8, 2019, and July 20, 2025, the SUBJECT exchanged text messages with C.D., while the SUBJECT used telephone number 202-276-XXXX.  During these text exchanges, among other topics, the SUBJECT and C.D. frequently described their sexual preferences for minors and discussed the content of attachments and Mega links[2] that C.D. sent to the SUBJECT.  The attachments that C.D. and the SUBJECT exchanged were not visible in the extraction of C.D.'s cellular telephone.

10.     For example, within text messages dated August 8, 2019, C.D. described an interaction C.D. had with a 13-year-old male, as further described below:

> C.D.: [*Sends unknown attachment*]
> SUBJECT: What's this?
> C.D.: This 13 year old and I chatted for 90 minutes in Starbucks
> C.D.:  he says he's straight
> C.D.:  but his dick is 5 inches long
> C.D.:  He hit puberty when he was 11
> C.D.:  He masturbates 3 times a day
> C.D.:  Yes. I was having these conversations with him in a public Starbucks
> C.D.:  I said to him…"I wouldn't tell your parents about this conversation if I were you."

---

[1] I am aware of C.D.'s identity based on information provided to me by the Fairfax County Police Department.
[2] Mega is a file hosting service located in New Zealand.  Persons who collect child pornography are known to store child pornography on Mega and to share with one another links to folders containing child pornography.

    C.D.:  He said…oh, no, they would assume you're a child predator…you're not right?"
    C.D.: then we talked about [name of local spa]
    C.D.: Being naked there
    C.D.: He said he would love to go there
    C.D.: I told him they'd love him there and why…
    C.D.: Blah Blah – then I opened into whether he shaves his balls
    C.D.: Each line of questions I pushed into something sexual
    C.D.: He opened up more and more
    C.D.: He messaged me this morning and said he was uncomfortable with our conversation yesterday and doesn't want to talk to me again…haha – looks like he spoke to a friend or his parents…and they told him to cut it off immediately…
    C.D.: And then he blocked me on Snapchat
    C.D.: That's ok. That was a fantasy that I got to enjoy- and now it's done – I can get back to focusing on work
    SUBJECT: Good point
    SUBJECT: You got about as far as you could have gotten given the circumstances
    C.D.: I know where he lives though
    C.D.: Not that I'll do anything – but it seems he' smore comfy talking in person…so if I run into him again? I'll regrill him and see what happened…
    SUBJECT: Do you know his address?
    C.D.: Yep
    C.D.: Found him on public record
    C.D.: He said he bikes to Starbucks daily
    SUBJECT: Well, you should go to that Starbucks again and kind of wait for him.
    C.D.: Maybe after he comes back from camp
    C.D.: Regardless – it was a wonderful conversation
    SUBJECT: It sounds like it was an amazing conversation and you should be very thankful that you had the opportunity to enjoy it. *Most people who have desires like you and me would never have been able to do what you did.* [emphasis added]

    11.    A few weeks later, within text messages dated August 22, 2019, C.D. sent an attachment to the SUBJECT to which the SUBJECT responded by inquiring about the previously discussed 13-year-old, as further described below:

    C.D.: [*Sends unknown attachment*]
    SUBJECT: Friend of yours?
    C.D.: Nice pic huh?
    SUBJECT: Yeah.
    SUBJECT: Friend of yours?
    C.D.: Wishful thinking
    C.D.: Who took the photo I wonder?
    SUBJECT: Their father took the photo.
    SUBJECT: Did you ever hear from that 13 year old?
    C.D.: Nope

    SUBJECT: How does that make you feel?
    C.D.:  How does that make YOU feel?
    SUBJECT:  I'd love to video tape you fucking a 12 year old.
    C.D.: Uh huh
    SUBJECT: How does that make you feel?

12. Two days later, within text messages dated August 24, 2019, C.D. sent the SUBJECT a series of messages which included attachments. The SUBJECT and C.D. shared the following text messages:

    C.D.: [*Sends five messages containing unknown attachments*]
    C.D.: Watching a movie
    SUBJECT: At home?
    C.D.: Nope
    SUBJECT: What movie?
    SUBJECT: Porn?

13. The texts dated August 26, 2019, through August 27, 2019, continued between SUBJECT and C.D.:

    C.D.: [*Sends unknown attachment*]
    SUBJECT: How old?
    C.D.: What do you think?
    SUBJECT: Hard to tell because the crotch is shaven
    SUBJECT:  I'm going to guess anywhere between 14 to 19.
    C.D.: 14
    SUBJECT: How do you know?
    C.D.: Cause he told me
    C.D.: *[Sends unknown attachment]*
    SUBJECT: How does that make you FEEL?
    SUBJECT: He looks like your son!
    C.D.: Does he look 14?
    SUBJECT: Yes
    SUBJECT: What do you want to do with him?
    C.D.: We'll see
    SUBJECT: Are you talking to him?
    C.D.: Yep
    C.D.: We're doing a video chat tonight
    SUBJECT: Did you meet him on Grindr?
    C.D.: [*Sends unknown attachment*]
    SUJBECT: Nice
    SUBJECT: Does he wear girls clothing?
    C.D.: Only in photos
    C.D.: Not in person

> SUBJECT: How do you know?
> C.D.: He told me?
> SUBJECT: Are you excited?
> C.D.: I'm cautious
> SUBJECT: You should be!

14. On text messages dated September 10, 2019, C.D. sent additional attachments via text message to the SUBJECT that read in part:

> C.D.: [*Sends two consecutive text messages containing unknown attachments*]
> SUBJECT*:* Who is that?
> C.D.: Just a pic
> C.D.: Hot huh
> SUBJECT: Yeah.
> C.D.: How old?
> SUBJECT: Approximately 13 or 14.
> C.D.: It's absolutely stunning

15. Similarly to the text messages dated September 10, 2019, on text messages dated September 13, 2024, C.D.'s sent additional attachments via text to the SUBJECT:

> C.D.: [*Sends two consecutive text messages containing unknown attachments*]
> *C.D.:* Some nice things to wake up to
> SUBJECT: How did you get these?
> C.D.: Gayboystube.com freely posted
> SUBJECT: Nice!
> C.D.: They're all posted on my wall under XXXX
> C.D.: Look me up
> SUBJECT: Ok

16. On text messages dated October 2, 2019, the SUBJECT and C.D. exchanged the following text messages:

> C.D.: Want me to send you some naughty photos?
> SUBJECT: Of course!
> C.D.: They're young
> C.D.: Are you in a secure location
> SUBJECT: Very secure location. I'm in my car.
> C.D.: [*Sends unknown attachment]*
> SUBJECT: That was great!
> SUBJECT: Thank you!
> SUBJECT: Who sent you that?
> C.D.: Call me

    C.D.: Mega

17.    On text messages dated November 23, 2019, C.D. sent additional attachments to the SUBJECT, that read as follows:

    C.D.: [*Sends four consecutive messages containing unknown attachments*]
    SUBJECT: Who is that?

18.    On text messages dated February 20, 2020, the SUBJECT inquired about items sent via Mega, as described below:

    SUBJECT: Did you just send me something at Mega?
    C.D.: Yep
    SUBJECT: Cool!
    SUBJECT: Please don't send me female or girls. I'm not interested in them. I'm ONLY interested in boys. Thanks!
    C.D.: Haha
    C.D.: Ok

19.    The conversation continued between the SUBJECT and C.D on text messages dated March 3, 2020, described below:

    C.D.: Sent you lots of really really good ones
    SUBJECT: Ok. Thanks.
    C.D.: Enjoy watching those?
    SUBJECT: I haven't had a chance to see them yet, but I'm sure they are good.
    C.D.: I've wanked 8 times tonight
    SUBJECT: Oh my god!
    C.D.: About to watch a few more before shutting off the lights
    SUBJECT: The videos were AMAZING!!! What were your favorites?
    C.D.: You watched them all?
    SUBJECT: Just about!
    SUBJECT: And jacked off to them, too!

20.    On text messages dated March 27, 2020, C.D. and the SUBJECT discussed additional attachments C.D. shared to the SUBJECT via text message:

    C.D.: [*Sends three unknown attachments*]
    C.D.: I've cum 6 times this morning
    C.D.: Another 6 just last night
    SUBJECT: Amazing!
    SUBJECT: Did you hook up with the boy?

    C.D.: Nope
    C.D.: His dad came home

21.    Within text messages dated May 8, 2020, the SUBJECT inquired whether C.D. shared additional files via Mega:

    SUBJECT: Did you send me a couple of files over the last few days on Mega?
    C.D.: Yep
    SUBJET: Good. Just checking. Always good to check to make sure they are no traps. Lol.

22.    On a text message dated August 6, 2021, the SUBJECT sent C.D. a news article titled, "Apple Will Report Child Sexual Abuse Images on iCloud to Law Enforcement" to C.D., with the accompanying text:

    SUBJECT: You need to read this.
    C.D.: I read that last night…
    C.D.: I don't save images.
    SUBJECT: What about the cloud?
    C.D.: Nope.

23.    On text messages dated September 30, 2021, the following conversation occurred between the SUBJECT and C.D. related to the SUBJECT's and C.D.'s interactions with minor males at a local health club:[3]

    SUBJECT: Have you had any boy stories lately?
    C.D.: Many
    SUBJECT: Ahhhh….do tell!!
    SUBJECT: Whirlpool is finally open in the Men's Locker Room in Bethesda. Saw a teenage boy in there last week.
    SUBJECT: Tell me about the boys.

24.    On text messages dated October 9, 2021, the conversation regarding interactions with male minors at the local health club continued, as further described below:

    C.D.: Lots of teens here
    C.D.: Clearly the evening is the time to come here
    C.D.: I'm only ever here mornings during the week

---

[3] The names of the businesses have been redacted in the text messages described herein, and the businesses will be referred to generally based on the type of business.

> SUBJECT: Are teens in the locker room and sauna and showers?
> C.D.: Nope
> C.D.: Also: the gym just closed
> C.D.: Wow…Sunday is clearly the day I should come here every week
> SUBJECT: Why?
> SUBJECT: I'm at the Redskins game now.
> C.D.: There are teens and preteens everywhere
> SUBJECT: Yum!!!
> C.D.: All [*Playing*] Tennis
> SUBJECT: I wish you could get pics!

25. On text messages dated December 19, 2021, the SUBJECT and C.D.'s conversation regarding interactions with male minors at the local health club continued:

> SUBJECT: Where did you take the boy?
> SUBJECT: [*Sends unknown attachment*] I did this boy from the hot tub at [*name of local health club*]
> SUBJECT: [*Sends unknown attachment*]
> SUBJECT: The 14 year old boy was back in the hot tub last night from the week before. I talked to him a little bit. He said he was there by himself and took the bus home by himself.
> *C.D.:* You "did" him?
> SUBJECT: I had sex with XXXX. I took him home with me from [name of local health club]
> SUBJECT: The 14 year old boy, I will work on next time.
> C.D.: How old was XXXX
> SUBJECT: XXXX is 28, but looks very young.
> SUBJECT: He came twice.
> C.D.: I came 12 times yesterday
> C.D.: New material I found on Kik
> SUBJECT: Are you serious?? 12 times??
> C.D.: Yes…My Willie was hurting when I tried once this morning lol
> SUBJECT: Can I see the new material you found on kik?
> C.D.: Friend me on my new account on mega
> *C.D.:* [*Sends Mega link*]
> SUBJECT: Did you see my friend request?
> C.D.: Sent it to you
> SUBJECT: Got it.
> C.D.: Enjoy
> SUBJECT: Thanks

26. On text messages dated March 7, 2022, the text conversation continued during which the SUBJECT sent the following to C.D. related to the SUBJECT's interaction at the local health club:

> SUBJECT: Just left [*name of local health club*]. There was a local 12 year old boy in the hot tub with his Father. Just hit puberty about 4 months ago. He had a few public hairs on his crotch. No hair anywhere else on his body. I think they were either Russian or Eastern European.

27. On text messages dated March 30, 2022, the text conversations continued between the SUBJECT and C.D. related to Mega:

> C.D.: Wow
> C.D.: This was a great set
> C.D.: One of the best
> SUBJECT: What are you talking about?
> C.D.: Look on mega
> SUBJECT: Oh, yeah! They are great!

28. On text messages dated February 6, 2023, the following text conversation occurred following C.D. sending a Mega link to the SUBJECT:

> C.D.: [*Sends Mega link*]
> SUBJECT: Wow! He's HOT!!
> SUBJECT: Where does he live?
> C.D.: Boston
> SUBJECT: Is that a video of you jacking off your cock while wearing rainbow socks?
> C.D.: Yep
> C.D.: So much cum

29. Shortly after, on text messages dated February 11, 2023, the conversation continued regarding additional videos C.D. sent to the SUBJECT:

> C.D.: Sent you a new video too
> SUBJECT: Ok.
> SUBJECT: Great videos. Thanks for sending them.
> C.D.: Instagram is even better than the mega videos
> C.D.: Direct access to these kids
> SUBJECT: Yeah, these kids LOVE Instagram, lol.
> C.D.: No parents even monitoring
> SUBJECT: Is this kid in Mexico?

>C.D.: Yes

30. On text messages dated March 15, 2023, C.D. and the SUBJECT again discussed additional videos C.D. sent to the SUBJECT:

>C.D.: Sent you some videos
>C.D.: On mega
>SUBJECT: I saw them. Thanks.
>C.D.: Unfortunately – my Instagram account got shut down mid-way through our conversation – we were finally in the trust stage – he was finally sending me videos
>C.D.: And the person right before that I was chatting to kept asking me for my facepic then second later he was no longer there – likely blocked me and reported me.

31. On text messages dated July 2, 2023, the SUBJECT messaged C.D. regarding an interaction at the previously mentioned local health club:

>SUBJECT: So…..I was just sitting in the hot tub at [*name of local health club*] naked with the high school football player, who was also naked, talking for 30 minutes. Lol.
>SUBJECT: He ended up giving me his phone number.
>C.D.: Why?
>SUBJECT: Because I like him. And we had a good conversation. And he seemed to like talking to me. And he is a virgin.
>SUBJECT: Why not?

32. On text messages dated July 4, 2023, a brief text exchange occurred regarding a mutual acquaintance, and then continued with the previous July 2, 2023 topic, as shown below:

>SUBJECT: He told me that he is a virgin.
>C.D.: How did that conversation come up though?
>SUBJECT: What were you doing at a diner in Bethesda?
>C.D.: I go every Tuesday morning after rescue squad
>C.D.: I'm at regency right now. Quite a few cuties here.
>SUBJECT: I asked him if he had a girlfriend, and he said, "no." Then he said that he has never had a girlfriend. Then, I asked him if he had ever had sex before, which he sheepishly re[p]lied, "no" to.
>SUBJECT: I will be at Regency at 2pm.
>SUBJECT: How long will you be there?
>C.D.: Probably till 11
>C.D.: Did you ask if he'd had a bf?
>C.D.: Going to [*name of local spa*] at 5
>C.D.: Wanna join?
>SUBJECT: Will I get to see you naked?
>C.D.: Yep

SUBJECT: Will I be able to play with your little wee-wee?

33. On text messages dated September 9, 2024, and September 10, 2024, the following text exchange occurred between the SUBJECT and C.D.:

SUBJECT: victorXXXXXXX@gmail.com
C.D.: I sent you something nice in Mega to have a look at
SUBJECT: Ok. Thanks.

*Identification of Subject*

34. AT&T was identified as the service provider for the telephone number utilized to communicate with C.D., 202-276-XXXX. In response to legal process, AT&T reported the SUBJECT as the subscriber of the account associated with telephone number 202-276-XXXX. The subscriber address associated with the AT&T account is the SUBJECT's residence located on Sycamore Street in Washington, D.C. (the "PREMISES").

35. Legal process was issued to Google related to the email address the SUBJECT provided to C.D. via text message on September 9, 2024, victorXXXXXXX@gmail.com . In response, Google reported the SUBJECT as the subscriber of the victorXXXXXXX@gmail.com email address and the address associated that Google email address is the PREMISES.

36. According to open-source research, BLYTHE is a licensed clinical social worker who specializes in the mental health field, specifically working with children and adolescents. Blythe previously spent seven years in the Psychiatry department at Children's National Medical Center in Washington, DC.

*Execution of Search Warrant*

37. On August 11, 2025, the District of Columbia District Court Magistrate Judge Moxila Upadhyaya issued a search warrant to search the SUBJECT's residence located at XXXX Sycamore Street NW, Washington, District Columbia. During the execution of the

search, two individuals were identified within the PREMISES, the SUBJECT, and the SUBJECT's relative.

38. Law enforcement identified and conducted an on-scene preview of several digital devices, to include a yellow iPhone with the SUBJECT's identifiers within the phone. During this on-scene preview, law enforcement identified several images and videos depicting child sexual abuse material, as well as a continuation of the above-described text messages with C.D., dated November 8, 2019, as detailed below:

> SUBJECT: *[Sends photograph depicting CSAM]*
> C.D.: Old photo
> C.D: Which I sent to you
> SUBJECT:  I know!
> SUBJECT: Thought I'd give you a little inspiration.

39. The image the SUBJECT sent to C.D. depicted two prepubescent males, with one minor male anally penetrating the other minor male. The other minor male has an erection and is sitting on the first minor male.

40. With a hidden folder within the iPhone, a thirty minute and 28 second video was identified depicting child sexual abuse material. The introduction to the video begins with the following text, which has been abbreviated below: "13yo Seth from US fucks with his step brother and lets me watch it one summer night…" The video consists of two pubescent boys engaged in various sexual acts, to include inserting their penises into each other mouths, as well as engaging in anal intercourse.

41. Within the "favorites" of the aforementioned iPhone's camera roll, another image was identified, depicting an adult male inserting his penis into the anus of an infant.

**CONCLUSION**

42. For the reasons set forth above, I submit that probable cause exists to believe that, on or about November 8, 2019, BLYTHE committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), and that on or about August 12, 2025, BLYTHE committed the offenses of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4) and (b)(2).

Respectfully submitted,

_____
Blake Frohnapfel, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on August 12, 2025.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge