AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**RECEIVED** By US Marshals DC District Court at 12:10 pm, Aug 12, 2025

United States of America
v.
Victor Renato Blythe

*Defendant*

Case: 1:25-mj-00136
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 8/12/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Victor Renato Blythe_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2)(b)(1) (Distribution of Child Pornography);
18 U.S.C. § 2252(a)(4)(b)(2) (Possession of Child Pornography).

Date: 08/12/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8-12-25, and the person was arrested on *(date)* 8-12-25
at *(city and state)* Washington, DC.

Date: 8-12-25

*Arresting officer's signature*

Blake Frohnapfel, Special Agent-FBI
*Printed name and title*