UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.          )<br>VICTOR RENATO BLYTHE   )<br>)<br>**Defendant.**      )<br>_____ ) | No.   25-mj-136 (MAU) |

## ORDER

Before the Court is a Unopposed Motion to Continue Detention Hearing and to Exclude Time under the Speedy Trial Act. For the reasons set forth therein, it is hereby

**ORDERED** that the motion is GRANTED; it is further ORDERED that the currently scheduled detention hearing on August 15, 2025, be continued to <u>August 21, 2025</u>, 2025 at <u>  1:00  </u> p.m.; and it is further

**ORDERED** that the time between August 15, 2025, and <u>  August 21,</u> 2025 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will provide defense counsel the opportunity to engage in thorough preparation of his detention hearing.

DATE: August 14, 2025

_____
United States Magistrate Judge
THE HONORABLE G. MICHAEL HARVEY