# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    Case No. 25-mj-136 |
| **v.** | : |
| | : |
| **VICTOR RENATO BLYTHE,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery from the 1st Production, as outlined in the enclosed discovery letter, dated August 19, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Rachel Bohlen*
        Rachel Bohlen
        DC Bar No. 1010981
        Assistant United States Attorney
        601 D St NW
        Washington, DC 20530
        (202) 809-3575
        rachel.bohlen@usdoj.gov



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*

August 19, 2025

**VIA USAFX**

Maria Jacob, Esq.
maria_jacob@fd.org

      Re:    Discovery Production Letter No. 1
                <u>United States v. Victor Renato Blythe,</u> 25-mj-136

Dear Counsel:

I am writing to memorialize the production of the following material in discovery:

**On USAFX:**

Production No. 1:

- Recorded non-custodial interview of Victor Blythe
- 305D-WF-4114058_0000001.pdf
- 305D-WF-4114058_0000004.pdf
- 305D-WF-4114058_0000007.pdf
- 305D-WF-4114058_0000008.pdf
- 305D-WF-4114058_0000009.pdf
- E-mail response from Mega (305D-WF-4114058_0000004_1A0000001_0000002.msg)
- Zip file of subscriber record files from Mega (305D-WF-4114058_0000004_1A0000001_0000001.zip)
- Zip files (2) of subpoena response from Google LLC (305D-WF-4114058-SBP_0000001_1A0000001_0000001.zip and 305D-WF-4114058-SBP_0000001_1A0000001_0000002.zip)
- Zip file of subpoena response from Yahoo Inc. (305D-WF-4114058-SBP_0000004_1A0000004_0000002.zip)
- Zip file of subpoena response from AT&T Corporation (305D-WF-4114058-SBP_0000002_1A0000002_0000002.zip)
- Screenshot of AT&T subscriber information (Capture.PNG)

2

- Extraction reports for messages between the defendant and C.D. (2)
- Chat preview reports for messages between the defendant and C.D. (2)

    I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

    Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Rachel Bohlen*

Rachel Bohlen
Assistant United States Attorney
Phone: (202) 809-3575
E-mail: Rachel.Bohlen@usdoj.gov